**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ivera Medical Corporation   v.  New Alliance of Independent

No. 15-1010

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: New Alliance of Independent Distributors and Amtec Medical
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Vicki E. Farrar |
| Law firm: | Cathether Connections, Inc. |
| Address: | 2455 E. Parleys Way, Suite 150 |
| City, State and ZIP: | Salt Lake City, Utah 84109-1231 |
| Telephone: | (435) 729 9397 |
| Fax #: | (888) 862 2693 |
| E-mail address: | vfarrar@cathconn.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/28/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 10/17/2014 | /s/ Vicki E. Farrar |
| Date | Signature of pro se or counsel |

cc: Jonathan Hangartner

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct 17, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Vicki E. Farrar | /s/ Vicki E. Farrar |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Catheter Connections, Inc.

Address: 2455 E. Parleys Way, Suite 150

City, State, ZIP: Salt Lake City, Utah 84109-1231

Telephone Number: (435) 729 9397

FAX Number: (888) 862 2693

E-mail Address: vfarrar@cathconn.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.