FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ivera Medical Corporation v. NEW ALLIANCE OF INDEPENDENT MEDICAL DISTRIBUTORS, INC.

No. 15-1010

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✔] As counsel for:   Ivera Medical Corporation
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✔] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jonathan Hangartner |
| Law firm: | X-Patents, APC |
| Address: | 5670 La Jolla Blvd. |
| City, State and ZIP: | La Jolla, CA 92037 |
| Telephone: | (858) 454-4313 |
| Fax #: | (858) 454-4314 |
| E-mail address: | jon@x-patents.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 29, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 11/13/2014 | /s/ Jonathan Hangartner |
| Date | Signature of pro se or counsel |

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  November 13, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Jonathan Hangartner | /s/ Jonathan Hangartner |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: X-Patents, APC

Address: 5670 La Jolla Blvd.

City, State, ZIP: La Jolla, CA 92037

Telephone Number: (858) 454-4313

FAX Number: (858) 454-4314

E-mail Address: jon@x-patents.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.